UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DEBRA ANNE BURTON
and LARRY DWAYNE BURTON
    Debtors.
_____/

Case No. 08-21736-dob
Chapter 13 Proceeding
Hon. Daniel S. Opperman

**ORDER TO SHOW CAUSE WHY DEBTORS ARE ENTITLED TO A DISCHARGE**

A voluntary petition under Chapter 13 of Title 11 United States Code was filed on June 12, 2008, by the above entitled Debtors. This Court is advised that the Debtors have been granted a Chapter 7 discharge in a case, Case No. 06-21069, that was filed on June 30, 2006, in the Eastern District of Michigan. Pursuant to 11 U.S.C. §1328(f)(1), the Court cannot grant the Debtors a discharge if the Debtors have been granted a discharge in a Chapter 7, 11 or 12 case commenced within the last 4 years before filing this case.

**IT IS ORDERED** that the Debtors and attorney for the Debtors appear on *Thursday, April 18, 2013, at 10:00 a.m. in the U.S. Bankruptcy Courtroom, 111 First Street, Bay City, Michigan 48708* and show cause why the Debtors are entitled to a discharge in view of 11 U.S.C. §1328(f)(1).

**Signed on March 26, 2013**

                                                             /s/ Daniel S. Opperman
                                                             Daniel S. Opperman
                                                             United States Bankruptcy Judge